**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>$43,029 U.S. CURRENCY and $9,641 U.S. CURRENCY<br><br>　　　　Defendant.<br>_____/ | No. 06-07421(EDL)<br><br>Related Case Nos. 07-2185 (EDL) & 07-1880 (EDL)<br><br>ORDER |

There are a number of pending motions in the above-captioned case and in the related cases <u>Vasquez v. United States</u> (Case No. 07-2185 EDL) and <u>Vasquez v. United States</u> (Case No. 07-1880 EDL). Vasquez's motion to object to the forfeiture action (Docket No. 7) appears to be fully briefed. Vasquez's discovery motions (Docket Nos. 15 and 35) and motion to present factual procedural background (Docket No. 16) are unopposed at this time. In related case number 07-2185, the United States' motion to dismiss (Docket No. 3) and Vasquez's request for production (Docket No. 11) are unopposed at this time. In related case number 07-1880, the United States' motion to dismiss (Docket No. 5) and Vasquez's request for production (Docket No. 19) are unopposed at this time.

Accordingly, the court sets the following briefing schedule for all of pending motions. Any opposition briefs to the above pending motions must be filed by **November 14, 1007**. Any reply briefs must be filed by **November 28, 2007**. The court will hold a a hearing on the pending motions on

1  **December 18, 2007 at 9:00 a.m**.  The court understands that Mr. Hector Vasquez is currently
2  incarcerated, and he may therefore appear at the hearing telephonically.

4      IT IS SO ORDERED.

5  Dated:  October 10, 2007

                                          */s/ Elizabeth D. Laporte*
                                  _____
6                                    ELIZABETH D. LAPORTE
                                  United States Magistrate Judge

**United States District Court**
For the Northern District of California